Cause No: 22.153-2014

State of Texas                    X        To THE: 402 Nd

   - VS -                         X        Judicial District Court

Christopher Lynn Hale sr.         X        Wood County Texas

                                  X

Notice of Appeal        X        Guilty Plea

6th COURT OF APPEALS
TEXARKANA, TEXAS
1/9/2015 1:37:15 PM
DEBBIE AUTREY
Clerk

FILED
28th NOV 13 AM 8.10
JEMICA TURNER CLERK
DISTRICT COURT
WOOD COUNTY TEXAS

To the Honorable Judge of said court: G Timothy Boswell comes now: Christopher Lynn Hale Defendant in above entitled and Numbered couse: To show the ineffectivenss of my lawyer Mark Welker to my Favor according to the 5th and 6th Amendment I have the right to the Due process law of a effective lawyer in my Favor and have witness in my Favor wich Mr Welker did Not due whats More I want to show the court the defective inditment and furtermore to show my ineffectiveness of my mind state at the time to make rational dession at the time.

Defendent acknowledges that the Plea in the entitled And numbered cause was entered pursuant of the provisions of Article 1.15 of the code of criminal procedures and that the punishment accessed dose Not exceed that recomended by the prosecutor and agreed to by defendant and his Attorney but further show the court:

pg 1 of

# Notice of Appeal

(A) Invalid and defective Indictment

The Name I was Indicted under Is Christopher Lynn Hale SR and My Name Is Christopher Lynn Hale Not SR. Nor Has It ever Been. Nor Have I ever Been called SR. My son's Name Is Christopher Michael Duncan Hale and I don't Have Any grand Children. So theres No way My Name Can be Christopher Lynn Hale SR. So the Indictment I was Indicted under Is Invalid and defective. I do understand In The State of Texas In The Court of Law an Indictment Has to Read true. I made this point To My Lawyer Mark Welker but with His ineffective Assistance Choose Not to Correct This Matter

# Notice of Appeal

(B) ACCORDING to THE 5TH AND 6TH DUE PROCESS CAUSE I HAVE THE RIGHT FOR. EFFECTIVE ASSISTANCE OF COUNSEL IN MY FAVOR.

I CALLED MR. MARK WELKER WHEN RECEIVEING HIM AS MY COUNSEL HE DID NOT ANSWER THE FIRST TWO ATTEMPTS I MADE CALLING HIM. HOWEVER ON THE 3ed ATTEMPT OF CALLING HIM HE ANSWERD. I INFORMED MR WELKER HE WAS MY APPOINTED COUNSEL HE SAID! "HE WAS UNAWARE OF THE FACT. I EXPLAINED to MR. WELKER THAT I HAD **ARRAIGMENT** IN TWO WEEKS, HE STATED THAT HE WOULD BE TO SEE ME THE FOLLOWING WEEK to discuss MY CASE and A PLEA. MR WELKER NEVER SHOWED UP AND MY ARRAIGMENT DAY CAME and PASSED WITH NO WORD FROM MR. WELKER. SO MR WELKER took it UPON HIMSELF to MAKE A PLEA AND did NOT CONSULT ME OR MAIL ME A LETTER to HIS PLANS. SO HE took THIS UPON HIS SELF WITHOUT MY KNOWLEDGE OR CONSENT. WICH IS IN THE STATE OF TEXAS Called forgery

# Notice of Appeal

(C) Ineffectiveness of Counsel          (part 1# of 2# of C)

Finaly seeing Mr. Welker for the first time about few weeks after my arraigment. our visit lasted 30# minuts. He asked a few things about my case and I gave Him my witness phone numbers to my favor. I also presented papper work and letters that show favor in my behalf of innocence. And He stated that for me to Hold on to my papper work. I stated that I wanted to see Discovery packet. He said! "He would bring it with a video of the statement against me the following week.

Mr. Welker did not show the Following week. I called His phone on several attempts but no answer. Mr Welker finaly showed a 1 month 1/2 latter without Discovery packet and no video. He stated that I couldn't see the video statement. And at this point Mr. Welker Had Failed to make any attempt to contact any of my witness on my behalf. In this time my family made several attempts to contact Mr Welker and witness. Mr. Welker stated my Mother was Rhude and a Bitch For Calling Him Leaving a message telling Him If He didn't do His Job As my counsel She was gonna Call the Board on Him. At this meeting Mr Welker came with a plea From the D.A. even After Stateing before that I was not making any pleas. He again stated as He did at the Last meeting He would Return the Next week.

pg 5# of 14#

(PART 2# of 2# of C)

(C)  Mr. Welker never returned and I didn't Hear From Him at all until I made a plea to Judge Boswell about Mr. Welker Ineffectiveness. In these months Mr Welker did not answer my phone calls nor did He call any of my witness. Little did I know Mr. Welker was not working on my case at all because I learned Mr Welker was working on His on problems of being arrested for cattle abuse wich latter when asked by me to Mr. Welker were have you been and why Haven't you been calling my witness. He stated He had Heath issues wich He Lied.

# Notice of Appeal

(D)   Denial of Effective Assistance of Counsel

According to the 5TH and 6TH Amendment and Due process clause I have the right to effective Assistance of Counsel in my Favor. And Mr. Welker was Not in Favor or did Care About my well being all he Cared About was getting out of under my case. In these Few Months of Not Hearing From Mr Welker I wrote two letters to the Courts Complaining About Mr. Welker and I didn't get Any Response about my request of Firing Mr Welker. Finaly with my Last Attempt to Fire Mr. Welker I had an I.60 Faxed to the courts wich I Have A copy of to the courts. At this point I still Haven't Herd From Mr Welker Nor Have we worked on my Case togeather Having Not gone over The Case to prepare my defense. I went before the Judge G. Timothy Boswell making my complaint of Mr. Welker.

Judge Boswell Found Found For the Best intrest of the courts to save them money instead presenting me with proper effective Assistance in my Favor After to prier complants of Mr. Welker

# Notice of Appeal ●

**(E) Ineffectiveness of Counsel**

On the second week of July still not having any contact with Mr. Welker I finally see him when making the attempt to Fireing him to Judge Timothy Boswell. In the inmates holdover. Mr Welker stated that he would be to work on my Case with me at the Wood County Jail on Satueday 12# and Sunday 13#. Two days before the trial how can this be effective assistance of Counsel? Mr. Welkee showed on Saturday night     at dinner time July 12# and stayed on hour. We didn't finish going over evidence against me. Nor did we disscuse my side of defence.

At this point Mr. Welker still hasn't spoken to any of my witness. I also shared to Mr. Welker there was evidence on phone recordings that help me in my Favor and he said if there was He would postpone court date. (Mr Welker never listen to phone recordings.) Mr. Welker said! He would on Sunday 13# to Finish going over evidence He did not return of Course.

He Also stated that He was going to see my son to interview him at Boys home and he never did that. I didn't hear from Welker again untill court date Monday 14 of July.

## (F) Ineffectiveness of Counsel

According to the 6th Amendment right I have the right to obtain evidence in my favor. On Monday 14th of July 2014 the day of my court me and Mr. Welker were speaking in the jury room going over his process of how the jury is picked.

I asked him if He looked at the phone records from the Jail He said! No! I asked why He said! because He was busy working on my case. I also asked if He had my son subpoena he said! "No" as well. I asked why? and he gave same response as before, he was busy working on my case. So he was doing the papper work that he lied to the Judge that He had done already for the nessary process for Court. Mr Welker then replyed well the D.A. isn't going to use the phone records but how does that apply to having the evidence that was on the phones in my favor and not useing it?

**(G) Ineffectiveness of Counsel**

According to the 6th Amendment Right And guaranteed by 14th Amendment Right I have the right of detaining witness In My Favor. On Monday 14# of July 2014 in the Jury Room I Asked Mr. Welker if he made contact with a List of My witness. He stated He didn't have time because He was working on my case. He called my mother in the Jury Room on His cell-phone there in My Face asking my Mother to get a picture of Me and a copy of FaceBook of my accuser. And instructed My mother to gather all the witness and bring them to him so he could speak to them. This is in no way effectiveness of Counsel. And in his Frustration of My asking why he wasn't doing even the basic things on my Favor. He **stated** it doesn't matter If you have witness saying your a good guy and have changed your life around. And I said "Even if they were state officials. Or even the witness of the first cry out of the original date of accuseing. Nor a well none pastor of the community. And a well none stand up citizen of the community of Mineola and the business owener of E-Z-Router that I worked For 3# years and well involved in my Family. Whats More 3# Kids who are best Friends of the accuser Destiny Victoria Hale that would be all in my Favor. Mr. Welker did not give Me this Right of defaining witness. And I have letters From each witness who was Not called by my lawyer Mr. Welker.

# Notice of Appeal

## (H) Ineffectiveness of Counsel

ON June, 26, 2014 My wife Rosie Lee Hale past away. We were legally married for 17# years. In her passing I found it hard to deal with. Brad Willison wich is My civil counsel, came to see Me with Rachel Pace (D.F.P.S) short after My wifes death. Struggling to hold a conversation with eather one. Mr. Willison on his departure he suggested to the staff sargent that I need couseling believed I was grief-stricken.

The before trial I had a C.P.S. civil court date. Struggling to speak and maintain in court Mr. Willison requested to the civil Judge if he could help me with a way of couseling for My grief-stricken. Judg stated Lets leave that up to the sheriff and the staff. I was latter placed on a depression pill wich is a sickpill because I couldn't maintain with my wifes death. I couldn't think right or sleep and eat. I'm currently on a couseling case load for this cause. On July 14, 2014 I presented this fact to Mr. Welker asking for he's help and seeing if he if he could get the court date post-pond. He stated he couldn't get court date post-pone nor could he help me. He said "Your not hearing voices or gonna kill anybody so ya'll be fine. Mr Welker didn't want to help in my favor in any aspect.

pg 11# of 14#

(I) ENEFFectiveNESS oF CouNSeL

ON July 14 2014 oN day of picking JURy beFoRE LuNch-
BREAk MR. WELKER was saying its just a case one woRd
against a Nother aNd there was No pRoving evidence
oF the accusers side. And oN this MorNing oF July 14, 2014
picking JuRy candiclates MR. welker clicln't indicate ANy
STATEMENTS other wise oR My chances. We went to
Lunch. He asked! What was my choice of Judge oR JuRy
to decide my case and My senteNceing. I stated to

MR WElKER that a JuRyNullifaction. He said! I believe thats
Special aNd I couldN't have that but I REasuRed
MR. welker that I was very aware of the JuRyNollifaction
aNd told of the Fact by oNe MR. ScRappy Holms a
very well known LAwyer. MR. WELKER SooN after stated
that D.A. HAS oFFered a offer oF 25# years. Then
MR. Welker stARted stateing we weRe looking clown two
baREels that He was scaRed then he stated it wasn't a
Money thing. This was the most excitement of the hole
thing that he showed. Then He went oN telling Me about the
case oF a MR. Due and how He got two liFe sentences.
And I stated theRes No legal evidence against Me.

MR Welker stated that he could oNly use witness ANd phone-
Records ANy evidence oN My behalf decided on the STATEMENTS
that the D.A. made oR He couldNt use it. At this point I beggain
to cRy because I KNEW MR. WElKER WASN't goING to do

(I) ENeFFectiveNess oF counseL

Anything on my behalf at trial and in any other way and I felt I had No other choice than make a plea dession with D.A. of 25#years

# Notice of Appeal

(J) Ineffectiveness of Counsel

I've made complaints to several people about Mr Welker and his ineffectiveness of counsel. Judge G Timmothy Boswell, civil Lawyer Brad willson, Prole Officer MRS. Howard, Lawyer Scrappy Holmes, Texas Fair Defense Project, Texas Fair Defense campain. State Board and to my Family. And you can heir me making complaints about Mr Welker on phone recorded system.

Mr Welker is Far From a effective assistance of counsel. And I know that I'm not the First to make complaints about Mr. Welker ineffectiveness of assistance of counsel.

Date 7-16-14   Time 5:00 P.M.

Name Christopher Hale   Cell C₁

Request (District Court) (fax to court please) I'm requesting my lawyer
Mark Welker to be fired. I haven't herd from him in
going over my case. I have a court date on July 14, 2014
He doesn't have my best intrest at hand. There was
a Two month spand from last court Date And I
still didn't heir from Him to go over my case.
Please asign me a new lawyer. Thank you for your
Help and time.

TO BE FILLED OUT BY JAILER
Disposition and Instructions

RPL

Date 7-7-14   Time 0055   Initials

TO BE FILLED OUT BY SUPPORT PERSONEL
Disposition and Instructions

Date _____   Time _____   Initials _____

6



## 402nd Judicial District Court
## Wood County
P.O. Box 1707
Quitman, Texas 75783
(903) 763-2332

G. Timothy Boswell
District Judge

Joy Parker, Court Coordinator
Una Garland, Court Reporter

7/7/2014

CHRISTOPHER HALE , Sr.
206 CR 2840
MINEOLA TX  75773

IN JAIL

RE:  THE STATE OF TEXAS vs.
CHRISTOPHER HALE , Sr.
# 22,153-2014

Dear CHRISTOPHER HALE , Sr.:

The above referenced case is being called for Attorney Review on 07/09/2014 at 9:00 AM.  You are ordered to be in the District Courtroom at the Wood County Courthouse, Quitman, Texas, at that time.  Failure to appear will result in your bond being forfeited and a warrant being issued for your arrest.

Very truly yours,

G. Timothy Boswell
District Judge

GTB/bjp

CC:  MARK L L WELKER
PO BOX 1150
QUITMAN TX  75783

Unknown

# WARRANT OF ARREST

Cause # DH-035-13

### The State Of Texas
Vs.

Christopher Lynn Hale
W/M ~ D.O.B. 11/13/1973 ~ Tx. D.L. 07661390
Address: 206 County Road 2840, Mineola, Texas 75773

## TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETING:

You are hereby commanded to arrest Christopher Lynn Hale, if to be found in your county and bring said person before me, a Justice of the Peace, Wood County, Texas, at my office located at Hawkins, Texas, in said county, immediately, then and there to answer the State of Texas for an offense against the laws of said State, to wit:

Continuous Sexual Abuse of a Young Child, Felony 1

of which offense he, Christopher Lynn Hale, is accused by the written complaint, under the oath of Kyle Henson, filed before me.

Herein fail not, but of this writ made due return, showing how you have executed the same.

Witnessed my official signature, this 15th day of November 2013.

Recommended bond: $75,000.00
with Conditions +
EPO

_Don H. Hightower_
Justice of the Peace
Wood County, Texas

### SHERIFF'S RETURN

Came to hand on the 15 day of Nov, 2013, at _____ o'clock
___ M., and executed on the 18 day of Nov, 2013 at 2:30 o'clock
P M., by arresting the within named Christopher Lynn Hale
at WCSO in Wood County, Texas
and placing him / her in jail at Wood Co Jail.

_Jim Brown_
Sheriff / Constable
Wood
County
By _____ #707 WCSO
Deputy

This offense occurred in J.P. Pct. #2

THE Defendant tendess this notice or Exidence of His
desice to Appeal the conviction in CAUSE No. 22.153-2014

Respectfully Submitted:

*Christopher Lynn Hale* Date:

I CHRISTOPHER Lynn Hale TDCJ# 1943000 being presently
Incarcerated In TDCJ MICHAEL UNIT In Huntsville Texas
declare under penalty of perjury that the forgoing is true and correct.

ORDER

On this the ____19____ day of Nov. 2014 came to be
heard by ME the Defendants Notice of Appeal and it appears
to this Motion Should be: *Denied*

~~Granted:~~ _____

Denied: _____

It is so ordered

*[signature]*

Judge Presiding

FILED
2014 NOV 24 PM 1:37
JENICA TURNER, CLERK
DISTRICT COURT
WOOD COUNTY TEXAS

pg 2 of 14